DCP:EP:mz

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:94-CR-211 |
| | ) | |
| v. | ) | (Judge Caldwell) |
| | ) | |
| LEIB WALDMAN | ) | |

## PRAECIPE

AND NOW, the United States of America, by its undersigned counsel, requests this Honorable Court to dismiss the arrest warrant issued in this case as the underlying charge has been sent under Rule 20 to the Southern District of New York and the defendant has completed his sentence on both the Middle District of Pennsylvania charges and those from the Southern District of New York.

Respectfully submitted,

DENNIS C. PFANNENSCHMIDT
UNITED STATES ATTORNEY

/s/ Eric Pfisterer
Eric Pfisterer
Assistant United States Attorney
228 Walnut Street, P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)/717/221-2246(Fax)
E-mail: eric.pfisterer@usdoj.gov
BAR NO. PA-38492

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:94-CR-211 |
| | ) | |
| v. | ) | (Judge Caldwell) |
| | ) | |
| LEIB WALDMAN | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 16th day of March 2010, she served a copy of the attached

## **PRAECIPE**

by electronic means by sending a copy to each of the e-mail addresses stated below:

Addressee:

Peter Goldberger, Esquire
peter.goldberger@verizon.net


                                            /s/ Mary Zerance
                                            Mary Zerance
                                            Legal Assistant