IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     Plaintiff : | |
| : | |
| v. : | CRIMINAL NO. 1:CR-94-211 |
| : | |
| LEIB WALDMAN, : | |
|     Defendant : | |

*O R D E R*

AND NOW, this 18th day of March, 2010, upon consideration of the praecipe (doc. 59) filed by the United States requesting dismissal of the arrest warrant, it is ordered that the arrest warrant in this case is hereby dismissed.

                                                        <u>/s/William W. Caldwell</u>
                                                        William W. Caldwell
                                                         United States District Judge